LAW OFFICES OF RAHUL WANCHOO (RW-8725)
Attorneys For Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:     (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EUROZONE NAVIGATION LIMITED

               Plaintiff,

    - against -

DORCHESTER MARITIME LTD. and
DORCHESTER ATLANTIC MARINE LIMITED

               Defendants.
-----------------------------------------------------------X

JUDGE COTE
07 CV 11083

ECF CASE

07 CV ____ (     )

**FED. R. CIV. P.
§7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. §7.1(a), the undersigned attorney of record for Plaintiff certifies that Plaintiff has no U.S. corporate parents or publicly held corporations owning 10% or more of its stock.

Dated: New York, New York
       December 7, 2007

                                 LAW OFFICES OF RAHUL WANCHOO
                                 Attorneys for Plaintiff
                                 EUROZONE NAVIGATION LIMITED

                                 By: _____
                                      Rahul Wanchoo (RW-8725)