**LAW OFFICES OF RAHUL WANCHOO** (RW-8725)
Attorneys For Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EUROZONE NAVIGATION LIMITED

      Plaintiff,

- against -

DORCHESTER MARITIME LTD. and
DORCHESTER ATLANTIC MARINE LIMITED

      Defendants.
-------------------------------------------------------------X

ECF CASE

07-CV 11083

**EX PARTE ORDER APPOINTING PERSONS TO SERVE PROCESS**

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/7/07*

*JUDGE COTE*

  Plaintiff, having moved for an Order pursuant to Fed.R. Civ.P. 4(c) appointing Christopher Bogle or any other person appointed by Law Offices of Rahul Wanchoo who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the affidavit of Rahul Wanchoo, Esq., that such appointment will result in substantial economies of time and expense.

  NOW, on motion of Law Offices of Rahul Wanchoo, attorneys for Plaintiff it is

  **ORDERED**, that Christopher Bogle, or any other person appointed by Law Offices of Rahul Wanchoo who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated: New York, New York
   December 7, 2007

                 */s/ Denise Cote*
                 U.S.D.J.