UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EUROZONE NAVIGATION.,                              :      07 cv 11083 (LAK)
                                                   :
                Plaintiff,                         :
                                                   :      **NOTICE OF**
        - against -                                :      **RESTRICTED APPEARANCE**
                                                   :
DORCHESTER MARITIME LIMITED and                    :
DORCHESTER ATLANTIC MARITIME                       :
LIMIED,                                            :
                                                   :
                Defendants.                        :
------------------------------------------------------------X

**DORCHESTER ATLANTIC MARITIME LIMITED** by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rules E(4)(f) and E(8) in this action for the purpose of seeking to vacate the Ex Parte Order dated December 7, 2007, or alternatively, modifying the Ex Parte Order and/or for security on its counterclaim under Rule (E(7).

Dated: January 11, 2008
       New York, NY

                                    LENNON, MURPHY & LENNON, LLC
                                    *Attorneys for* **DORCHSTER ATLANTIC**
                                    **MARITIME LIMITED**

                            By:     /s/ Kevin J. Lennon
                                    Kevin J. Lennon
                                    The GrayBar Building
                                    420 Lexington Avenue, Suite 300
                                    New York, NY  10170
                                    (212) 490-6050 - phone
                                    (212) 490-6070 - facsimile
                                    kjl@lenmur.com

## CERTIFICATION OF SERVICE

I hereby certify that on January 11, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Kevin J. Lennon