LAW OFFICES OF RAHUL WANCHOO (RW-8725)
Attorneys For Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EUROZONE NAVIGATION LIMITED

                Plaintiff,

- against -

DORCHESTER MARITIME LTD.,
DORCHESTER ATLANTIC MARINE LIMITED
AND BERNHARD SCHULTE SHIPMANAGEMENT
(ISLE OF MAN) LIMITED
                Defendants.

------------------------------------------------------------X

ECF CASE

07 Civ. 11083 (LAK)

**AFFIDAVIT IN SUPPORT OF
AMENDED APPLICATION FOR
MARITIME ATTACHMENT**

STATE OF NEW JERSEY)
                ) ss:
COUNTY OF BERGEN    )

RAHUL WANCHOO, being duly sworn, deposes and says:

1.    I am a member of the firm of Law Offices of Rahul Wanchoo attorneys for Plaintiff, EUROZONE NAVIGATION LIMITED, and make this affidavit in support of Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. Based upon my inquires and to the best of my information and belief, Defendants, DORCHESTER MARITIME LTD., DORCHESTER ATLANTIC MARINE LIMITED and BERNHARD SCHULTE SHIPMANAGEMENT (ISLE OF MAN) LIMITED are foreign corporations and cannot be found within this District.

3. I have not found Defendants listed in the New York telephone directory. I have also called the telephone directory assistance bureaus for this District (Area Codes 212, 718, 914), and have been informed by the operators that there are no listings for Defendants in any of these areas.

4. I have caused an online search to be made of the files containing corporate records for the New York Department of State, which includes businesses registered to do business in New York, and have found no listings for Defendants.

5. I have caused a search to be made of the worldwide web using the Google search engine and have located Defendants' site at http://www.bs-shipmanagement.com. Defendants' Web site shows that it has offices in Isle of Man, British Isles, but no office in the State of New York.

6. Accordingly I respectfully submit Defendants cannot be found within the district and that process of maritime attachment and garnishment should be issued.

_____
RAHUL WANCHOO

Sworn to before me this
26th day of February, 2008

_____
Notary Public

Michael C. Zeale
Notary Public State of New Jersey
My Commission Expires
August 8, 2010

2